IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| **Sandra Krevitz,** | : | |
| Debtor. | : | Case No. 23-10473 (PMM) |

# ORDER

**AND NOW**, this case having been inadvertently assigned to the incorrect chapter 13 Trustee;

It is hereby **ordered** that:

1) The above-captioned case is **reassigned** to chapter 13 Trustee Kenneth E. West; and

2) Any funds being held by chapter 13 Trustee Scott F. Waterman shall be **turned over** to Trustee West.

Dated: 4/4/23

*/s/ Patricia M. Mayer/*

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge