**L.B.F.  3015-6A**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:**  Sandra Krevitz                  :          **Chapter** 13
                                            :
                       **Debtor(s)**        :          **Bky. No.** 23-10473-pmm

### PRE-CONFIRMATION CERTIFICATION
### OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
### WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)

I hereby certify as follows in connection with the confirmation hearing in the above case:

1.  The above named debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2.  The above named debtor(s) has/have filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

3.  If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.

*[to be executed by counsel for the Debtor(s) or the Debtor(s)]*

**Date:**  6/13/2023          /s/ Stephen Gehringer, Esq.
                              [name]
                              Attorney for Debtor(s)

**Date:**
                              [name]
                              Debtor

**Date:**
                              [name]
                              Debtor

-19-