United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10473-pmm |
| Sandra Krevitz | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 12, 2023 | Form ID: 155 | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Sandra Krevitz, 1730 Oakwood Terrace, Apt 10D, Penn Valley, PA 19072-1046 |
| 14758072 | | Bryan J. Polas, Esq., Law Offices of Hayt, Hayt & Landau, LLC, 2 Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 14760614 | + | U.S. Bank National Association Select Portfolio, L, c/o Lauren M. Moyer, Esquire, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14758068 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 13 2023 00:35:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14762877 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 13 2023 00:35:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14758069 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 13 2023 00:35:00 | Barclays Bank, Attn: Bankruptcy, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 14758070 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 13 2023 00:35:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14758078 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 13 2023 00:35:00 | Citizens Bank, Attn: Bankruptcy, One Citizens Dr, Providence, RI 02903 |
| 14766609 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 13 2023 00:35:00 | Citizens Bank N.A, One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 14758073 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 13 2023 00:35:18 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14758076 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 13 2023 00:47:43 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14758077 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 13 2023 00:47:29 | Citibank North America, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14758080 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 13 2023 00:58:50 | Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 14761999 | | Email/Text: mrdiscen@discover.com | Jul 13 2023 00:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14758079 | + | Email/Text: mrdiscen@discover.com | Jul 13 2023 00:35:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14777931 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 13 2023 00:35:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14758075 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 13 2023 00:35:17 | Chase Mortgage, Chase Records Center/Attn: Correspondenc, Mail Code LA4 5555 700 Kansas Ln, Monroe, LA 71203 |

Case 23-10473-pmm   Doc 33   Filed 07/14/23   Entered 07/15/23 00:32:09   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 12, 2023 | Form ID: 155 | Total Noticed: 39 |

| | | | | |
|---|---|---|---|---|
| 14766731 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 13 2023 00:35:16 | JPMorgan Chase Bank, NA, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14758074 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 13 2023 00:34:51 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14759991 | | Email/Text: amps@manleydeas.com | Jul 13 2023 00:35:00 | JPMorgan Chase Bank, N.A., c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14763324 | + | Email/Text: RASEBN@raslg.com | Jul 13 2023 00:35:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14770535 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 13 2023 00:34:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14775198 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 13 2023 00:35:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14758081 | + | Email/Text: bnc@nordstrom.com | Jul 13 2023 00:35:38 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14758082 | + | Email/Text: EBN@orlans.com | Jul 13 2023 00:35:00 | ORLANS, PC, PO Box 5041, Troy, MI 48007-5041 |
| 14774612 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 13 2023 00:35:00 | PNC BANK, NATIONAL ASSOCIATION, P.O. BOX 94982, CLEVELAND, OH 44101 |
| 14758071 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 13 2023 00:35:00 | BBVA, Attn: Bankruptcy, 5 South 20th St, Birmingham, AL 35233 |
| 14777803 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 13 2023 00:35:06 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14758083 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 13 2023 00:35:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14758084 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 13 2023 00:34:53 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14758657 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 13 2023 00:34:55 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14758326 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 13 2023 00:35:06 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14758085 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 13 2023 00:35:05 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14762814 | ^ | MEBN | Jul 13 2023 00:29:05 | U.S. Bank National Association as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14778003 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 13 2023 00:35:00 | U.S. Bank National Association, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14758086 | | Email/Text: vci.bkcy@vwcredit.com | Jul 13 2023 00:35:00 | Volkswagon Credit, Inc., PO Box 3, Hillsboro, OR 97123 |
| 14775287 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Jul 13 2023 00:35:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 14758087 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 13 2023 00:35:06 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 14768350 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 13 2023 00:35:06 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des |

Case 23-10473-pmm   Doc 33   Filed 07/14/23   Entered 07/15/23 00:32:09   Desc Imaged
Certificate of Notice   Page 3 of 4

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 12, 2023 | Form ID: 155 | Total Noticed: 39 |

Moines, IA 50306-0438

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LAUREN MOYER | on behalf of Creditor Select Portfolio Servicing as servicer for U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R2, Mortgage-Backed lmoyer@friedmanvartolo.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Select Portfolio Servicing as servicer for U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R2, Mortgage-Backed mfarrington@kmllawgroup.com |
| STEPHEN F. GEHRINGER | on behalf of Debtor Sandra Krevitz sgehringer@shawlaws.com sgehringer@gehringerlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Sandra Krevitz
      Debtor(s)                                                   Chapter: 13

                                                                            Bankruptcy No: 23−10473−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this July 12, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                              Patricia M. Mayer
                                                                              Judge, United States Bankruptcy Court

                                                                                                                             32
                                                                                                                           Form 155