IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>SANDRA KREVITZ,<br><br>    Debtor,<br><br>VW CREDIT, INC., VW CREDIT LEASING, LTD.<br><br>    Movant,<br><br>          v.<br>SANDRA KREVITZ and<br>KENNETH E. WEST, Trustee,<br>    Respondents. | Bankruptcy No. 23-10473-pmm<br><br>Chapter 13 |

<u>CERTIFICATE OF SERVICE</u>

    I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the February 18, 2024, I served copies of the Motion for Relief from the Automatic Stay and Notice of Hearing upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system, at the following addresses:

| | |
|---|---|
| Sandra Krevitz<br>1730 Oakwood Terrace<br>Apt 10D<br>Penn Valley, PA 19072-1046 | STEPHEN F. GEHRINGER<br>Law Office of Bruce Shaw<br>2735 Terwood Road<br>Willow Grove, PA 19090 |
| KENNETH E. WEST<br>Office of the Chapter 13 Standing Trustee<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107 | United States Trustee<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107 |

    By: <u>/s/ Keri P. Ebeck</u>
    Keri P. Ebeck, Esq.
    PA I.D. # 91298
    kebeck@bernsteinlaw.com
    601 Grant Street, 9th Floor
    Pittsburgh, PA 15219
    Phone (412) 456-8112
    Fax (412) 456-8135