IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>SANDRA KREVITZ,<br><br>    Debtor,<br><br>VW CREDIT, INC., VW CREDIT LEASING, LTD.<br><br>    Movant,<br><br>    v.<br>SANDRA KREVITZ and<br>KENNETH E. WEST, Trustee,<br>    Respondents. | Bankruptcy No. 23-10473-pmm<br><br>Chapter 13 |

## **PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

TO THE CLERK OF COURTS:

    Kindly withdraw the *Motion for Relief from the Automatic Stay* filed on behalf of VW Credit, Inc., VW Credit Leasing, LTD on February 18, 2024, at Document No. 34.

Dated: February 28, 2024

    Respectfully submitted,

By: /s/ Keri P. Ebeck
Keri P. Ebeck
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
412-456-8112
Fax: 412-456-8135