**THE UNITED STATES BANRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | Sandra Krevitz | : | CHAPTER 13 |
| | | : | CASE NO. 23-10473 |
| | Debtor. | : | |

**NOTICE FOR DEBTOR'S MOTION FOR HARDSHIP DISCHARGE**

Debtor Sandra Krevitz has filed a Motion for a Hardship Discharge.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **September 10, 2025**, you or your attorney must do **all** of the following:

    (a) file an answer explaining your position at:

    Clerk, U.S. Bankruptcy Court
    Robert C. Nix Bldg. Suite 201
    900 Market Street
    Philadelphia, PA 19107

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorneys:

    Stephen Gehringer, Esquire
    Law Office of Bruce Shaw, P.C.
    2735 Terwood Road
    Willow Grove, PA 19090
    267-374-4290 (phone)
    215-657-6816 (fax)
    sgehringer@shawlaws.com

2. If you or your attorney do not take these steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may cancel the hearing and enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on September 10, 2025 at 1:00 p.m. in Courtroom #3, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing. Requests for participation other than in person must be made pursuant to Local Bankruptcy Rule 9076-1.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Dated: August 13, 2025

By:/s/ Stephen Gehringer
Stephen Gehringer, Esquire
Pennsylvania Bar I.D. #87020
Law Office of Bruce Shaw, P.C.
2735 Terwood Road
Willow Grove, PA 19090
sgehringer@shawlaws.com
Attorney for Debtor