# THE UNITED STATES BANRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | Sandra Krevitz | : | CHAPTER 13 |
| | | : | CASE NO. 23-10473 |
| | Debtor. | : | |

## CERTIFICATE OF SERVICE

I, Stephen Gehringer, Esq., certify that on August 13, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

Debtor's Motion for Hardship Discharge with exhibits
Notice of Debtor's Motion for Hardship Discharge
Proposed Order

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: August 13, 2025

By: /s/ Stephen Gehringer
Stephen Gehringer, Esq.
Law Offices of Bruce Shaw, LLC
2735 Terwood Road
Willow Grove, PA 19090
267-374-4290

**MAILING LIST EXHIBIT**

**Parties served electronically via the Court's CM/ECF system:**

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

**Parties served by first class U.S. Mail, postage prepaid:**

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Barclays Bank
Attn: Bankruptcy
P.O. Box 8801
Wilmington, DE 19899

BBVA
Attn: Bankruptcy
5 South 20th St
Birmingham, AL 35233

Bryan J. Polas, Esq.
Law Offices of Hayt, Hayt & Landau, LLC
2 Industrial Way West
PO Box 500
Eatontown, NJ 07724-0500

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

Chase Mortgage
Chase Records Center/Attn: Correspondence
Mail Code LA4 5555 700 Kansas Ln
Monroe, LA 71203

Citibank
Attn: Bankruptcy
P.O. Box 790034
St Louis, MO 63179

Citibank North America
Attn: Recovery/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179

Citizens Bank
Attn: Bankruptcy
One Citizens Dr
Providence, RI 02903

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054

Dsnb Bloomingdales
Attn: Recovery "Bk"
Po Box 9111
Mason, OH 45040

Nordstrom FSB
Attn: Bankruptcy
Po Box 6555
Englewood, CO 80155

ORLANS, PC
PO Box 5041
Troy, MI 48007

Select Portfolio Servicing, Inc
Attn: Bankruptcy
Po Box 65250
Salt Lake City, UT 84165

Syncb/Old Navy
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Care Credit
Attn: Bankruptcy Dept
Po Box 965064
Orlando, FL 32896

Volkswagon Credit, Inc.
PO Box 3
Hillsboro, OR 97123

Wells Fargo Bank NA
1 Home Campus Mac X2303-01a
3rd Floor
Des Moines, IA 50328