# THE UNITED STATES BANRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | Sandra Krevitz | : | CHAPTER 13 |
| | | : | CASE NO. 23-10473 |
| | Debtor. | : | |

**ORDER GRANTING MOTION FOR 11 U.S.C. § 1328(b) HARDSHIP DISCHARGE**

AND NOW, THIS _____ day of _____ , 2025, upon consideration of the Motion of Debtor Sandra Krevitz for Hardship Discharge, it is hereby ORDERED, AJUDGED AND DECREED that:

1. The Motion for Hardship Discharge is GRANTED; and

2. The Debtor is granted a discharge under 11 U.S.C. § 1328(b).

BY THE COURT

_____
Honorable Patricia M. Mayer
U.S. Bankruptcy Court Judge