**THE UNITED STATES BANRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | Sandra Krevitz | : | CHAPTER 13 |
| | | : | CASE NO. 23-10473 |
| | Debtor. | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2025, the Debtor's Motion to Modify Confirmed Chapter 13 Plan, Notice of Motion, Proposed Plan and Proposed Order were filed electronically and served on all priority and secured creditors and the trustee via the Court's CM/ECF system.

Date: <u>September 11, 2025</u>

By: <u>/s/ Stephen Gehringer</u>
Stephen Gehringer, Esq.
Law Offices of Bruce Shaw, LLC
2735 Terwood Road
Willow Grove, PA 19090
267-374-4290