**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 23-10473 |
| Sandra Krevitz | : | Chapter 13 |
| | : | Judge Patricia M. Mayer |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| Sandra Krevitz | : | Date and Time of Hearing |
| Kenneth E. West | : | _____ |
| Movant, | : | |
| vs | : | Related Document No. 47 |
| | : | |
| JPMorgan Chase Bank, National Association | : | |
| | : | |
| Respondents. | : | |

## OBJECTION OF JPMORGAN CHASE BANK, NATIONAL ASSOCIATION TO THE CONFIRMATION OF THE PLAN (DOCKET NUMBER 47)

JPMorgan Chase Bank, National Association ("Creditor") by and through its undersigned counsel, objects to the confirmation of the currently proposed plan ("Plan") filed by Sandra Krevitz ("Debtor") as follows:

1. Creditor holds a security interest secured by a mortgage lien on Debtor's property commonly known as 1730 Oakwood Terr 10-D, Penn Valley, PA 19072 ("Property").

2. Creditor filed a Proof of Claim in the amount of $30,264.37.

3. Debtor's Plan fails to provide for Creditor's secured claim.

4. Upon information and belief, Debtor still holds an interest in the Property.

23-004488_ABH

5. As a result, Debtor's Plan fails to meet the requirements of 11 U.S.C. §1325(a)(5) as it fails to provide for a secured claim. Creditor requests that Debtor amend the Plan to either provide for or surrender Creditor's claim.

WHEREFORE, Creditor respectfully requests that the Court deny the confirmation of the Debtor's currently proposed Plan.

Respectfully submitted,

/s/ Adam B. Hall
———————————————
Adam B. Hall, Esquire (323867)
MDK Legal
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is ABHall@mdklegal.com

23-004488_ABH

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 23-10473** |
| **Sandra Krevitz** | : | **Chapter 13** |
| | : | **Judge Patricia M. Mayer** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Sandra Krevitz** | : | **Date and Time of Hearing** |
| **Kenneth E. West** | : | _____ |
| **Movant,** | : | |
| | : | **Related Document No. 47** |
| vs | : | |
| | : | |
| **JPMorgan Chase Bank, National Association** | : | |
| | : | |
| **Respondents.** | : | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Objection of JPMorgan Chase Bank, National Association to the Confirmation of the Original Plan was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

Stephen F. Gehringer, Attorney for Sandra Krevitz, sgehringer@shawlaws.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Sandra Krevitz, 1730 Oakwood Terrace, Apt 10D, Penn Valley, PA  19072-1046

/s/ Adam B. Hall
_____

23-004488_ABH