IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 23-10473 |
| Sandra Krevitz | : Chapter 13 |
| | : Judge Patricia M. Mayer |
| Debtor(s) | : * * * * * * * * * * * * * * * * * |
| | : |
| JPMorgan Chase Bank, National Association | : Related Document # 51 |
| | : |
| Movant, | : |
| | : |
| vs | : |
| | : |
| Sandra Krevitz | : |
| Kenneth E. West, Trustee | : |
| | : |
| Respondents. | : |

## PRAECIPE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN (DOCKET NO. 51)

Now comes JPMorgan Chase Bank, National Association ("Creditor") by and through counsel, and hereby withdraws its Objection to Confirmation of Plan which was filed in this Court on September 19, 2025. The Objection to Confirmation of Plan needs to be withdrawn because Debtor file an amended plan on September 23, 2025 at docket 52 resolving Creditor's objection.

Respectfully submitted,

/s/ Adam B. Hall

Adam B. Hall, Esquire (323867)
MDK Legal
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is ABHall@mdklegal.com

23-004488_KJB

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 23-10473** |
| **Sandra Krevitz** | **Chapter 13** |
| | **Judge Patricia M. Mayer** |
| **Debtor(s)** | * * * * * * * * * * * * * * * * * |
| | |
| **JPMorgan Chase Bank, National Association** | **Related Document # 51** |
| **Movant,** | |
| vs | |
| **Sandra Krevitz** | |
| **Kenneth E. West, Trustee** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Praecipe of Withdrawal of Objection to Confirmation of Plan (Docket No. 51) was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

Stephen F. Gehringer, Attorney for Sandra Krevitz, sgehringer@shawlaws.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Sandra Krevitz, 1730 Oakwood Terrace, Apt 10D, Penn Valley, PA  19072-1046

/s/ Adam B. Hall

23-004488_KJB