THE UNITED STATES BANRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | Sandra Krevitz | : | CHAPTER 13 |
| | | : | CASE NO. 23-10473 |
| | Debtor. | : | |

## CERTIFICATE OF NO OPPOSITION

I hereby certify that there is no pending answer or objection in response to the Debtor's Motion to Modify Chapter 13 Plan Post-Confirmation. The objection of creditor JP Morgan Chase Bank, N.A. was withdrawn [Dkt 53] and no other objections or answers remain.

Date: October 1, 2025

By: /s/ Stephen Gehringer
Stephen Gehringer, Esq.
Law Offices of Bruce Shaw, LLC
2735 Terwood Road
Willow Grove, PA 19090
267-374-4290