THE UNITED STATES BANRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    Sandra Krevitz    :    CHAPTER 13
: CASE NO. 23-10473
Debtor.    :

## DEBTOR'S PRAECIPE TO WITHDRAW MOTION FOR HARDSHIP DISCHARGE (DKT 42)

Now comes Sandra Krevitz ("Debtor"), by and through counsel, and hereby withdraws her Motion for Hardship Discharge which was filed in this Court on August 13, 2025. The Motion for Hardship Discharge needs to be withdrawn because Debtor and Trustee have resolved its issues through the Debtor's modified plan filed on October 7, 2025 at Docket 56.

Dated: October 7, 2025    By:/s/ Stephen Gehringer
Stephen Gehringer, Esquire
Pennsylvania Bar I.D. #87020
Law Office of Bruce Shaw, P.C.
2735 Terwood Road
Willow Grove, PA 19090
sgehringer@shawlaws.com
Attorney for Debtor

## THE UNITED STATES BANRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     Sandra Krevitz          :     CHAPTER 13
                                   :     CASE NO.  23-10473
           Debtor.                 :

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2025, the Debtor's Praecipe to Withdraw her Motion for Hardship Discharge was filed electronically and served on all priority and secured creditors and the trustee via the Court's CM/ECF system.

Date: October 7, 2025

By: /s/ Stephen Gehringer
Stephen Gehringer, Esq.
Law Offices of Bruce Shaw, LLC
2735 Terwood Road
Willow Grove, PA 19090
267-374-4290