# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Sandra Krevitz ) | Case No. 23–10473–pmm |
| ) | |
| ) | |
|    Debtor(s). ) | Chapter: 13 |
| ) | |
| ) | |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Motion to Modify Plan Filed by Sandra Krevitz Represented by STEPHEN F. GEHRINGER

on: 10/21/25

at: 01:00 PM

in: Zoom. For Zoom link, see the current, Hearing Calendar for the Judge on the, Court website

Date: October 7, 2025

For The Court

Mohung Wong
Clerk of Court