United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 23-10473-pmm |
|---|---|
| Sandra Krevitz | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　　　　　　　　User: admin　　　　　　　　　　　　Page 1 of 2
Date Rcvd: Oct 07, 2025　　　　　　　Form ID: 167　　　　　　　　　　　　Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol　　　Definition**
+　　　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Sandra Krevitz, 1730 Oakwood Terrace, Apt 10D, Penn Valley, PA 19072-1046 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: kebeck@bernsteinlaw.com | Oct 08 2025 00:23:00 | VW Credit, Inc., VW Credit Leasing, Ltd., C/o Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, UNITED STATES 15219-4430 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 09, 2025　　　　　　　　Signature:　　　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2025 at the address(es) listed below:

**Name**　　　　　　　　**Email Address**
ADAM BRADLEY HALL
　　　　　　　　on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION amps@manleydeas.com

DENISE ELIZABETH CARLON
　　　　　　　　on behalf of Creditor Select Portfolio Servicing as servicer for U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R2, Mortgage-Backed bkgroup@kmllawgroup.com

KENNETH E. WEST

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 07, 2025 | Form ID: 167 | Total Noticed: 2 |

ecfemails@ph13trustee.com  philaecf@gmail.com

KERI P EBECK
on behalf of Creditor VW Credit  Inc., VW Credit Leasing, Ltd. kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

LAUREN MOYER
on behalf of Creditor Select Portfolio Servicing  as servicer for U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R2, Mortgage-Backed bkecf@friedmanvartolo.com

MICHELLE L. MCGOWAN
on behalf of Creditor Select Portfolio Servicing  as servicer for U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R2, Mortgage-Backed mimcgowan@raslg.com

MICHELLE L. MCGOWAN
on behalf of Creditor U.S. Bank Trust Company mimcgowan@raslg.com

SHERRI DICKS
on behalf of Creditor U.S. Bank Trust Company sdicks@raslg.com  shrdlaw@outlook.com

STEPHEN F. GEHRINGER
on behalf of Debtor Sandra Krevitz sgehringer@shawlaws.com  sgehringer@gehringerlaw.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*Form 167* (1/25)–doc 58 – 47

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Sandra Krevitz ) Case No. 23−10473−pmm
)
)
   Debtor(s). ) Chapter: 13
)
)

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Patricia M. Mayer , United States Bankruptcy Judge to consider:

Motion to Modify Plan Filed by Sandra Krevitz Represented by STEPHEN F. GEHRINGER

on: 10/21/25

at: 01:00 PM

in: Zoom. For Zoom link, see the current, Hearing Calendar for the Judge on the, Court website

Date: October 7, 2025                     For The Court

                                                                          Mohung Wong
                                                                          Clerk of Court