# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:** Sandra Krevitz                     :     Chapter 13
                                              :
                                              :     Case No. (PMM)  23-10473
                                              :
**Debtor[s] .**                               :

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. # 47 , the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 52 ) is **approved**.

*Patricia M. Mayer*

**Date:**  10/21/25

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**