United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10473-pmm |
| Sandra Krevitz | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Oct 21, 2025 | Form ID: pdf900 | Total Noticed: 43 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Sandra Krevitz, 1730 Oakwood Terrace, Apt 10D, Penn Valley, PA 19072-1046 |
| 14758072 | | Bryan J. Polas, Esq., Law Offices of Hayt, Hayt & Landau, LLC, 2 Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 14758082 | + | ORLANS, PC, PO Box 5041, Troy, MI 48007-5041 |
| 14760614 | + | U.S. Bank National Association Select Portfolio, L, c/o Lauren M. Moyer, Esquire, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 14937535 | | U.S. Bank Trust Company, Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 22 2025 00:47:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 22 2025 00:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: kebeck@bernsteinlaw.com | Oct 22 2025 00:47:00 | VW Credit, Inc., VW Credit Leasing, Ltd., C/o Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, UNITED STATES 15219-4430 |
| 14758068 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 22 2025 00:47:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14762877 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 22 2025 00:47:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14758069 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 22 2025 00:47:00 | Barclays Bank, Attn: Bankruptcy, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 14758070 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 22 2025 00:47:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14758078 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 22 2025 00:47:00 | Citizens Bank, Attn: Bankruptcy, One Citizens Dr, Providence, RI 02903 |
| 14766609 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 22 2025 00:47:00 | Citizens Bank N.A, One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 14758073 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 22 2025 00:54:03 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14758074 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 22 2025 01:30:51 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 14758075 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 22 2025 01:53:39 | Chase Mortgage, Chase Records Center/Attn: Correspondenc, Mail Code LA4 5555 700 Kansas Ln, Monroe, LA 71203 |
| 14758076 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 23-10473-pmm   Doc 64   Filed 10/23/25   Entered 10/24/25 00:42:02   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 21, 2025 | Form ID: pdf900 | Total Noticed: 43 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14758077 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 22 2025 00:55:51 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14758080 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 22 2025 00:55:05 | Citibank North America, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14761999 | | Email/Text: mrdiscen@discover.com | Oct 22 2025 00:55:21 | Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 14758079 | + | Email/Text: mrdiscen@discover.com | Oct 22 2025 00:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14777931 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 22 2025 00:47:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14759991 | | Email/Text: amps@manleydeas.com | Oct 22 2025 00:47:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14763324 | + | Email/Text: RASEBN@raslg.com | Oct 22 2025 00:47:00 | JPMorgan Chase Bank, N.A., c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14766731 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 22 2025 00:47:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14770535 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 22 2025 00:54:04 | JPMorgan Chase Bank, NA, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 14775198 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 22 2025 01:13:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14758081 | + | Email/Text: bnc@nordstrom.com | Oct 22 2025 00:47:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14774612 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 22 2025 00:47:17 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14758071 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 22 2025 00:47:00 | PNC BANK, NATIONAL ASSOCIATION, P.O. BOX 94982, CLEVELAND, OH 44101 |
| 14777803 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 22 2025 00:47:00 | BBVA, Attn: Bankruptcy, 5 South 20th St, Birmingham, AL 35233 |
| 14758083 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 22 2025 01:16:25 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14758084 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 22 2025 00:48:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14758657 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 22 2025 01:52:00 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14758326 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 22 2025 00:54:52 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14758085 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 22 2025 00:54:03 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14762814 | ^ | MEBN | Oct 22 2025 00:54:51 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14778003 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 22 2025 00:37:02 | U.S. Bank National Association as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| | | | Oct 22 2025 00:48:00 | U.S. Bank National Association, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 21, 2025 | Form ID: pdf900 | Total Noticed: 43 |

| | | | |
|---|---|---|---|
| 14758086 | Email/Text: vci.bkcy@vwcredit.com<br>Oct 22 2025 00:47:00 | | Volkswagon Credit, Inc., PO Box 3, Hillsboro, OR 97123 |
| 14775287 | + Email/Text: VWBKNotices@nationalbankruptcy.com<br>Oct 22 2025 00:47:00 | | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 14758087 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com<br>Oct 22 2025 01:16:31 | | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 14768350 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com<br>Oct 22 2025 02:04:50 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Select Portfolio Servicing as servicer for U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R2, Mortgage-Backed bkgroup@kmllawgroup.com |
| JORDAN MATTHEW KATZ | on behalf of Creditor Select Portfolio Servicing as servicer for U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R2, Mortgage-Backed jkatz@raslg.com |
| JORDAN MATTHEW KATZ | on behalf of Creditor U.S. Bank Trust Company jkatz@raslg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor VW Credit Inc., VW Credit Leasing, Ltd. kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| LAUREN MOYER | on behalf of Creditor Select Portfolio Servicing as servicer for U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R2, Mortgage-Backed bkecf@friedmanvartolo.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Select Portfolio Servicing as servicer for U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R2, Mortgage-Backed mimcgowan@raslg.com |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 21, 2025 | Form ID: pdf900 | Total Noticed: 43 |

MICHELLE L. MCGOWAN
    on behalf of Creditor U.S. Bank Trust Company mimcgowan@raslg.com

SHERRI DICKS
    on behalf of Creditor U.S. Bank Trust Company sdicks@raslg.com shrdlaw@outlook.com

STEPHEN F. GEHRINGER
    on behalf of Debtor Sandra Krevitz sgehringer@shawlaws.com sgehringer@gehringerlaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:** Sandra Krevitz : **Chapter 13**
:
: **Case No. (PMM)** 23-10473
:
**Debtor[s] .** :

**ORDER GRANTING MOTION TO MODIFY PLAN**

**AND NOW** upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. # 47 , the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 52 ) is **approved**.

*Patricia M. Mayer*

Date:   10/21/25

_____
**PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE**