United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                        Case No. 23-10473-pmm

Sandra Krevitz                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                    Page 1 of 4

Date Rcvd: Mar 18, 2026                     Form ID: 138OBJ                            Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Sandra Krevitz, 1730 Oakwood Terrace, Apt 10D, Penn Valley, PA 19072-1046 |
| 14758072 | | Bryan J. Polas, Esq., Law Offices of Hayt, Hayt & Landau, LLC, 2 Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 14758082 | + | ORLANS, PC, PO Box 5041, Troy, MI 48007-5041 |
| 14760614 | + | U.S. Bank National Association Select Portfolio, L, c/o Lauren M. Moyer, Esquire, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 14937535 | | U.S. Bank Trust Company, Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Mar 19 2026 01:38:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 19 2026 01:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14758068 | + Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Mar 19 2026 01:38:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14762877 | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Mar 19 2026 01:38:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14758069 | + Email/Text: BarclaysBankDelaware@tsico.com | Mar 19 2026 01:38:00 | Barclays Bank, Attn: Bankruptcy, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 14758070 | + Email/Text: BarclaysBankDelaware@tsico.com | Mar 19 2026 01:38:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14758078 | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 19 2026 01:38:00 | Citizens Bank, Attn: Bankruptcy, One Citizens Dr, Providence, RI 02903 |
| 14766609 | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 19 2026 01:38:00 | Citizens Bank N.A, One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 14758073 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 19 2026 01:43:46 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14758074 | + Email/PDF: ais.chase.ebn@aisinfo.com | Mar 19 2026 01:43:46 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 14758075 | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 19 2026 01:43:46 | Chase Mortgage, Chase Records Center/Attn: Correspondenc, Mail Code LA4 5555 700 Kansas Ln, Monroe, LA 71203 |
| 14758076 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 19 2026 01:43:59 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14758077 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 19 2026 01:43:54 | Citibank North America, Attn: Recovery/Centralized Bankruptcy, Po Box |

| | | | |
|---|---|---|---|
| | | | 790034, St Louis, MO 63179-0034 |
| 14758080 | | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Mar 19 2026 01:43:48 | Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 14761999 | | Email/Text: mrdiscen@discover.com | |
| | | Mar 19 2026 01:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14758079 | + | Email/Text: mrdiscen@discover.com | |
| | | Mar 19 2026 01:38:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14777931 | | Email/Text: JCAP_BNC_Notices@jcap.com | |
| | | Mar 19 2026 01:38:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14759991 | ^ | MEBN | |
| | | Mar 19 2026 01:32:16 | JPMorgan Chase Bank, N.A., c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14763324 | + | Email/Text: RASEBN@raslg.com | |
| | | Mar 19 2026 01:38:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14766731 | + | Email/PDF: ais.chase.ebn@aisinfo.com | |
| | | Mar 19 2026 01:43:46 | JPMorgan Chase Bank, NA, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 14770535 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Mar 19 2026 01:43:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14775198 | + | Email/Text: JCAP_BNC_Notices@jcap.com | |
| | | Mar 19 2026 01:38:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14758081 | + | Email/Text: bankruptcy@td.com | |
| | | Mar 19 2026 01:38:00 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14774612 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | Mar 19 2026 01:38:00 | PNC BANK, NATIONAL ASSOCIATION, P.O. BOX 94982, CLEVELAND, OH 44101 |
| 14758071 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | Mar 19 2026 01:38:00 | BBVA, Attn: Bankruptcy, 5 South 20th St, Birmingham, AL 35233 |
| 14777803 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Mar 19 2026 01:43:53 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14758083 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | |
| | | Mar 19 2026 01:38:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14758084 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Mar 19 2026 01:43:52 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14758657 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Mar 19 2026 01:43:53 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14758326 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Mar 19 2026 01:43:47 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14758085 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Mar 19 2026 01:43:52 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14762814 | ^ | MEBN | |
| | | Mar 19 2026 01:32:00 | U.S. Bank National Association as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14778003 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | |
| | | Mar 19 2026 01:38:00 | U.S. Bank National Association, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14758086 | | Email/Text: vci.bkcy@vwcredit.com | |
| | | Mar 19 2026 01:38:00 | Volkswagon Credit, Inc., PO Box 3, Hillsboro, OR 97123 |
| 14775287 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | |
| | | Mar 19 2026 01:38:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 18, 2026 | Form ID: 138OBJ | Total Noticed: 42 |

Box 9013, Addison, Texas 75001-9013

14758087        +  Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com
                                                          Mar 19 2026 01:43:52        Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001

14768350           Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com
                                                          Mar 19 2026 01:43:52        Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438

TOTAL: 37

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2026 at the address(es) listed below:

**Name**                          **Email Address**

ADAM BRADLEY HALL
                        on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION amps@manleydeas.com

DENISE ELIZABETH CARLON
                        on behalf of Creditor Select Portfolio Servicing  as servicer for U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R2, Mortgage-Backed bkgroup@kmllawgroup.com

JORDAN MATTHEW KATZ
                        on behalf of Creditor Select Portfolio Servicing  as servicer for U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R2, Mortgage-Backed jkatz@raslg.com

JORDAN MATTHEW KATZ
                        on behalf of Creditor U.S. Bank Trust Company jkatz@raslg.com

KENNETH E. WEST
                        ecfemails@ph13trustee.com  philaecf@gmail.com

KERI P EBECK
                        on behalf of Creditor VW Credit  Inc., VW Credit Leasing, Ltd. kebeck@metzlewis.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

LAUREN MOYER
                        on behalf of Creditor Select Portfolio Servicing  as servicer for U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R2, Mortgage-Backed bkecf@friedmanvartolo.com

MICHELLE L. MCGOWAN
                        on behalf of Creditor Select Portfolio Servicing  as servicer for U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2020-R2, Mortgage-Backed mimcgowan@raslg.com

MICHELLE L. MCGOWAN
                        on behalf of Creditor U.S. Bank Trust Company mimcgowan@raslg.com

SHERRI DICKS

District/off: 0313-2                                         User: admin                                         Page 4 of 4

Date Rcvd: Mar 18, 2026                              Form ID: 138OBJ                              Total Noticed: 42

on behalf of Creditor U.S. Bank Trust Company sdicks@raslg.com  shrdlaw@outlook.com

STEPHEN F. GEHRINGER

on behalf of Debtor Sandra Krevitz sgehringer@shawlaws.com  sgehringer@gehringerlaw.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

*Form 138OBJ* (6/24)–doc 68 – 66

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                             )
    Sandra Krevitz                 )           Case No. 23–10473–pmm
                                 )
                                 )
    Debtor(s).                   )           Chapter: 13
                                 )
                                 )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: March 18, 2026                                       For The Court

                                                       Mohung Wong
                                                       Clerk of Court